No. 91. HUNT v. WESTERN CASUALTY Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. E. C. Street* for petitioner. *Messrs. Charles J. Faulkner, Jr.,* and *W. W. Naman* for respondent.

No. 95. VAN WART v. COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Frederick R. Gibbs* and *Preston B. Kavanagh* for petitioner. *Solicitor General Biggs* for respondent.

No. 100. WHITE, COLLECTOR OF INTERNAL REVENUE, v. ATKINS. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Biggs* for petitioner. *Mr. Earle W. Carr* for respondent.

No. 102. SMITH v. SNOW ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Amasa C. Paul, Charles Neave, Albert L. Ely, Newton D. Baker,* and *Maurice M. Moore* for petitioner. *Messrs. James F. Williamson* and *Ralph Elmore Williamson* for respondents.

No. 208. WAXHAM v. SMITH ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Drury W. Cooper, Allan C. Bakewell,* and *Raymond I. Blakeslee*